WILLIAM M. FRIEDMAN et al., respondents,

*v.*

PASQUALE CICORIA et al., appellants.

[Submitted June 2d, 1947. Decided September 12th, 1947.]

406

*Mr. George F. Losche,* for the appellants.

*Mr. Louis G. Morlen,* for the respondents.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion of Vice-Chancellor Fielder, filed in the Court of Chancery.

*For affirmance*—THE CHIEF-JUSTICE, BODINE, DONGES, HEHER, COLIE, WACHENFELD, EASTWOOD, BURLING, WELLS, DILL, McGEEHAN, McLEAN, SCHETTINO, JJ.    13.

*For reversal*—None.